**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUCE DWIGHT SUTTON,<br><br>    Plaintiff,<br><br>    v.<br><br>MANAGEMENT & TRAINING CORPORATION, AND JOHN DOES 1 – 9,<br><br>    Defendants. | CASE NO. 1:13-CV-01344-AWI-JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE<br><br>(Doc. 28) |

    The Court, having considered Plaintiff's request, hereby GRANTS Plaintiff Bruce Sutton's Request to Appear Telephonically at the May 14, 2014 Settlement Conference. It SHALL be the responsibility of Plaintiff to arrange telephonic contact with his counsel and counsel are obligated to use their own telephones for this purpose.

IT IS SO ORDERED.

    Dated: **April 24, 2014**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE