UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DWIGHT SUTTON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MANAGEMENT& TRAINING COPORATION, AND JOHN DOES 1-9,<br><br>　　　　　Defendants. | Case No.  1:13-cv-01344 AWI JLT<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**(Doc. 32**) |

　　　Based upon the stipulation of the parties indicating the matter is not currently in a settlement posture, the settlement conference currently set on May 14, 2014 is **CONTINUED** to **August 26, 2014** at 10:30 a.m.

IT IS SO ORDERED.

　Dated:　**May 6, 2014**　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE