UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DWIGHT SUTTON,<br><br>    Plaintiff,<br><br>    v.<br><br>MANAGEMENT & TRAINING CORPORATION, AND JOHN DOES 1 – 9,<br><br>    Defendants. | CASE NO. 1:13-CV-01344-AWI-JLT<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST FOR PERSONAL APPEARANCE AT THE SETTLEMENT CONFERENCE<br><br>(Doc. 34) |

Before the Court is Plaintiff's request for his personal appearance at the settlement conference, currently set on August 26, 2014. (Doc. 34) Plaintiff is in the custody of the Bureau of Prisons and is housed in San Pedro, California. Id. at 1-2. In his request, Plaintiff fails to set forth any explanation for his need to be present in person or any substantial belief that the settlement conference will go forward. Therefore, the request is **DENIED** without prejudice.

Plaintiff may renew this request but, if he does, he **SHALL** set forth his reasons for believing his personal appearance is needed and he **SHALL** set forth his explicit understanding that granting his request could result in his being housed temporarily (for many weeks or months) at Taft Correctional Institute or could result in his permanent reassignment there.[1]

Alternatively, in the event Plaintiff wishes to appear via telephone at the settlement

---

[1] The Court is aware that Plaintiff, through this litigation, has expressed his grave reservation at being housed in Kern County and, therefore, needs specific acknowledgement from Plaintiff that he wishes to be returned here.

1

conference and <u>his attorney is unable to make this arrangement without a court order</u>, Plaintiff may request the Court issue of the writ for the telephonic appearance, no later than June 23, 2014.

IT IS SO ORDERED.

    Dated: **May 27, 2014**     **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE