1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11   BRUCE DWIGHT SUTTON,                    Case No.  1:13-cv-01344-LJO-JLT

12                  Plaintiff,               **ORDER GRANTING JOINT**
                                             **STIPULATION TO CONTINUE**
13   v.                                      **SETTLEMENT CONFERENCE**

14   MANAGEMENT& TRAINING                    **(Doc. 38)**
     COPORATION, AND JOHN DOES
15   1-9,

16                  Defendants.

17

18         GOOD CAUSE APPEARING, and based on stipulation of the parties;

19         IT IS HEREBY ORDERED that the settlement conference set for August 26,

20   2014, shall be continued to November 20, 2014 at 10:30 a.m.

21
     IT IS SO ORDERED.
22

23     Dated:   **August 5, 2014**                    **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28