UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DWIGHT SUTTON,<br><br>  Plaintiff,<br><br>v.<br><br>MANAGEMENT& TRAINING COPORATION, AND JOHN DOES 1-9,<br><br>  Defendants. | Case No.  1:13-cv-01344-LJO-JLT<br><br>**ORDER GRANTING JOINT STIPULATION TO CONDUCT THE DEPOSITION OF PLAINTIFF AT HIS PLACE OF INCARCERATION IN PERSON OR VIA VIDEO CONFERENCE**<br><br>**(Doc. 39)** |

   Before the Court is the stipulation of counsel agreeing that Plaintiff's deposition is needed for adequate preparation of the defense.  (Doc. 39)  However, Plaintiff is currently in the custody of the Bureau of Prisons at Federal Correctional Institution Terminal Island in San Pedro, California.  (Id. at 1) Thus, leave of the Court is required to take the deposition of a person who is incarcerated.  (Fed. R. Civ. P. 30(a)(2)(B).

   Good cause appearing, the Court **ORDERS**:

   1.   Defendant is granted leave to take the deposition of Plaintiff at his place of incarceration.  Defendant may take the deposition in person or via video-conferencing in accordance with the procedures and capabilities of FCI Terminal Island;

2.	Defendant SHALL give reasonable notice of the deposition to FCI Terminal Island and counsel for Plaintiff and SHALL coordinate the taking of this deposition such to cause the least inconvenience to the prison officials.

IT IS SO ORDERED.

Dated:   **August 5, 2014**                             **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE