# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DWIGHT SUTTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANAGEMENT & TRAINING CORPORATION, AND JOHN DOES 1 – 9,<br><br>　　　　Defendants. | CASE NO. 1:13-CV-01344 AWI-JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE<br><br>(Doc. 43) |

　　　　The Court, having considered Plaintiff's request, hereby **GRANTS** Plaintiff Bruce Sutton's Request to Appear Telephonically at the November 20, 2014 Settlement Conference.  It SHALL be the responsibility of Plaintiff and his counsel to arrange the telephonic contact and counsel are obligated to use their own telephones for this purpose.

IT IS SO ORDERED.

　　Dated:　**November 17, 2014**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE